Daniel J. Sherman
Chapter 7 Trustee
509 N. Montclair Avenue
Dallas, TX  75208
(214) 942-5502

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| BOND CONSULTING GROUP, LLC | § | Case No. 18-31951 MVL |
| | § | Chapter 7 |
| Debtor | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT TO NFR

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DANIEL J. SHERMAN, TRUSTEE, trustee of the above styled estate, has filed a Trustee's Final Report which is summarized in the attached Summary of Trustee's Final Report and Application for Compensation.

The Trustee's Final Report and Application for Compensation referenced in the Notice (NFR) is available for public inspection in the office of the United States Bankruptcy Court, at the following address:

CLERK OF COURT
1100 COMMERCE STREET, 12TH FLOOR
DALLAS, TX  75242

The Trustee's Final Report is also available through PACER, appropriate charges for this service will be assessed.

Any person wishing to object to the Trustee's Final Report or the Application for Compensation contained therein must file a written objection with the Clerk of the United States Bankruptcy Court and serve a copy of such objection upon the trustee and the United States Trustee **within thirty (30) days of the date of this notice.** If no objection to the Final Report is timely filed and served, the Trustee may pay dividends contemplated by the Final Report pursuant to FRBP 3009 without further order of the Court. In such event, the notice required under FRBP 5009 shall be deemed satisfied and the presumption contemplated by that rule shall be invoked upon the filing of the Trustee's certification that the estate has been fully administered in the Trustee Distribution Report.

If a written objection is filed in either instance, a hearing shall be scheduled and the Court will send notice of the scheduled hearing to you.

Date: 04/15/2024                    By:  /s/ Daniel J. Sherman
                                         Trustee

**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** TEXAS
DALLAS **DIVISION**

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| BOND CONSULTING GROUP, LLC | § | Case No. 18-31951 MVL |
| | § | |
| Debtor | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 32,829.78 |
| and approved disbursements of | $ | 23,261.86 |
| leaving a balance on hand of[1] | $ | 9,567.92 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000004A | JPMorgan Chase Bank, N.A. | $ 38,271.71 | $ 21,264.83 | $ 21,264.83 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid to secured creditors | $ | 0.00 |
| Remaining Balance | $ | 9,567.92 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DANIEL J. SHERMAN, TRUSTEE | $ 4,032.98 | $ 0.00 | $ 4,032.98 |
| Trustee Expenses: DANIEL J. SHERMAN, TRUSTEE | $ 637.96 | $ 0.00 | $ 637.96 |
| Attorney for Trustee Fees: SHERMAN & YAQUINTO, LLP | $ 17,752.50 | $ 0.00 | $ 4,875.38 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Attorney for Trustee Expenses: SHERMAN & YAQUINTO, LLP | $ 78.64 | $ 0.00 | $ 21.60 |
| Accountant for Trustee Fees: SHELDON E. LEVY, CPA | $ 1,770.00 | $ 1,770.00 | $ 0.00 |
| Accountant for Trustee Expenses: SHELDON E. LEVY, CPA | $ 56.75 | $ 56.75 | $ 0.00 |
| Other: CP II Crestview LP | $ 14,377.63 | $ 0.00 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses     $_____9,567.92

Remaining Balance     $_____0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 725.65  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Irving ISD | $ 339.47 | $ 0.00 | $ 0.00 |
| 000002 | Dallas County | $ 386.18 | $ 0.00 | $ 0.00 |

Total to be paid to priority creditors     $_____0.00

Remaining Balance     $_____0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 17,468.86  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|-----------|----------|-------------------------|-------------------------|------------------|
| 000004B | JPMorgan Chase Bank, N.A. | $ 17,468.86 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors    $_____0.00

Remaining Balance    $_____0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid _pro rata_ only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid _pro rata_ only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By:   /s/ Daniel J. Sherman
                                                    Trustee

_DANIEL J. SHERMAN, TRUSTEE_
_509 NORTH MONTCLAIR AVENUE_
_DALLAS, TX 75208_

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.